**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jeffry Kettle, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 6212 |
| | ) | |
| Worldwide Asset Purchasing II, LLC, a | ) | Judge Darrah |
| Nevada limited liability company, and | ) | |
| FMS, Inc., an Oklahoma corporation, | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that at 9:30 a.m., on Thursday, December 16, 2010, we shall appear before the Honorable John W. Darrah, in Room 1203 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached, **Plaintiff's Motion To Reinstate Case**, a copy of which was served upon you by the Court's electronic filing system.

/s/ David J. Philipps
One of Plaintiff's Attorneys

Dated:  December 2, 2010

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2010, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on December 2, 2010, by 5:00 p.m.

Worldwide Asset Purchasing II, LLC
c/o CT Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604

FMS, Inc.
c/o Illinois Corporate Service Company, as registered agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703

Charles S. Benefield
Galaxy Asset Management, LLC
6190 Powers Ferry Road NW
Suite 475
Atlanta, Georgia 30339

David M. Schultz
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/ David J. Philipps_____

David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com